IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


PATTI K. VAN DORN,           )
                             )
      Plaintiff,             )
                             )        CIVIL ACTION NO.
      v.                     )        1:05cv-905MHT
                             )            (WO)
JO ANNE B. BARNHART,         )
                             )
      Defendant.             )

OPINION

Pursuant to 42 U.S.C. §§ 405(g) & 1383(c), plaintiff
seeks a review of the decision of the Commissioner of
Social Security.  This lawsuit is now before the court on
the recommendation of the United States Magistrate Judge
that the decision be affirmed.  Also before the court are
plaintiff's objections to the recommendation.  After an
independent and de novo review of the record, the court
concludes that plaintiff's objections should be overruled
and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of November, 2006.


       /s/ Myron H. Thompson     
    UNITED STATES DISTRICT JUDGE